# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD W. ORLICK and BARBARA L. ORLICK, | : |
| Plaintiffs | : CIVIL ACTION NO. 3:14-1724 |
| v. | : |
| | : (JUDGE MANNION) |
| TILDEN RECREATIONAL VEHICLES *d/b/a* BOAT-N-RV SUPERSTORE, | : |
| Defendant | : |

## O R D E R

In accordance with the memorandum issued this same day,

**(1)** the defendant's motion to dismiss for non-prosecution pursuant to Fed.R.Civ.P. 41(b), **(Doc. 33)**, is **GRANTED**, and

**(2)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 20, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1724-02-ORDER.wpd